IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: )
) BK 15-30143-DHW-13
Brenda M. Robinson )
xxx-xx-6827 )
    DEBTOR. )

OBJECTION TO CONFIRMATION

    Comes Now Americredit Financial Services, Inc. d/b/a GM Financial ("AFS"), a secured creditor in the above styled cause, and files its Objection to Confirmation of the Debtor's plan as follows:

    1.    AFS has a security interest in a 2010 Cadillac SRX VIN: 3GYFNBEY8AS553845.

    2.    AFS objects to the Debtor's proposed value as insufficient.

    3.    AFS objects to the Debtor's proposed interest rate as insufficient.

    WHEREFORE, the Movant objects to confirmation of the Debtor's plan as proposed.

    /s/ Allan M. Trippe

    ALLAN M. TRIPPE (TRI003)
    Attorney for Americredit Financial Services, Inc.
    d/b/a GM Financial

OF COUNSEL:
MONROE, TRIPPE & BROWN, L.L.P.
P.O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on Richard D.Shinbaum and Curtis Reding by electronic transmission and on Brenda M. Robinson, by placing a copy of same in the U.S. Mail, postage prepaid, on this the 9th day of March, 2015.

Richard D. Shinbaum (rshinbaum@smclegal.com)
Attorney at Law
P.O. Box 201
Montgomery, Alabama 36101


Curtis Reding (trustees_office@ch13mdal.com)
P.O. Box 173
Montgomery, Alabama 36101

Brenda M. Robinson
1128 Birdwood Drive
Montgomery, Alabama 36111

      /s/ Allan M. Trippe

      OF COUNSEL